## Mueller, Appellant, *v.* Pennsylvania Gas Company.

Argued April

16, 1971.  *Richard H. Scobell,* for appellant; *Norman H. Stark,* with him *MacDonald, Illig, Jones & Britton,* for appellee.

Order affirmed.